Form 24-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**  **FORM 24**

| | |
|---|---|
| UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS, INTERNATIONAL UNION, AFL-CIO, CLC, <br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES,<br><br>*Defendant.* | **Court No.:** 25-00004 |

**ORDER FOR STATUTORY INJUNCTION UPON CONSENT**

Pursuant to 19 U.S.C. § 1516a(c)(2), this Court may enjoin the liquidation of all entries of merchandise identified below:

<u>Plaintiff's</u> counsel certifies that they have conferred with all other parties to the action, including <u>Sosun Bae</u>, counsel to the United States, and all parties to this action conveyed consent to the contents of this form.

Respectfully submitted,

By: <u>Roger B. Schagrin</u>
Attorney for United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union, AFL-CIO, CLC

SCHAGRIN ASSOCIATES
900 Seventh Street, N.W., Suite 500
Washington, D.C. 20001
(202) 223-1700

Form 24-2

Accordingly, it is hereby

**ORDERED** that Defendant, United States, together with its delegates, officers, agents, and servants, including employees of U.S. Customs and Border Protection and the U.S. Department of Commerce, is enjoined during the pendency of this litigation, including any appeals, from issuing instructions to liquidate or making or permitting liquidation of any unliquidated entries of

Truck and Bus Tires
[*insert Product*]

from Thailand                                                                                                                                  ;
[*insert Country*]

(1)  That were: (Add additional lines as needed)

☐ produced by _____

☐ exported by _____

☐ produced by _____ and

    exported by _____

☐ produced and exported by _____

☐ produced and exported by _____

☑ produced and/or exported by

- Prinx Chengshan Tire (Thailand) Co. Ltd.; and
- all other producers/exporters (other than Bridgestone Corporation).

☐ produced by _____ and

    imported by _____ ;

(2)  That were the subject of the United States Department of Commerce's final determination in *Truck and Bus Tires from Thailand: Final Affirmative Determination of Sales at Less Than Fair Value and Final Affirmative Determination of Critical Circumstances, in Part*, 89 Fed. Reg. 83,636 (Dep't Commerce October 17, 2024)                                                                                        ;
[*insert title, volume, page and date of FR Notice*]

(3)  That were entered, or withdrawn from warehouse, for consumption, during the period 10/17/2024 through 11/30/2025                                                                                                                                     ;
     [Date]                                    [Date]

and it is further

**ORDERED** that the entries subject to this injunction shall be liquidated in accordance with

Form 24-3

the final court decision in this action, including all appeals and remand proceedings, as provided in 19 U.S.C. § 1516a(e); and it is further

**ORDERED** that any entries inadvertently liquidated after this order is signed but before this injunction is fully implemented by U.S. Customs and Border Protection shall be promptly returned to unliquidated status and suspended in accordance with this injunction.

DATED: _____                    _____
         New York, New York                                    Judge

(Added Sept.19, 2017, eff. Oct. 23, 2017; amended June 18, 2019, eff. July 1, 2019; Dec. 13, 2022, eff. Jan. 23, 2023.)