IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

|  |  |
|---|---|
| UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, AND CLC,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES,<br><br>        Defendant. | Court No. 25-00004 |

**<u>DEFENDANT'S RESPONSE TO COURT ORDER</u>**

Defendant, the United States, respectfully submits this response to the Court's February 28, 2025 order.  *See* ECF No. 15.  In its order, the Court requested that the United States address why plaintiff United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO, CLC's (USW) proposed order for statutory injunction upon consent seeks to enjoin liquidation of entries made during a date range that extends into the future.  *See* USW Proposed Order for Statutory Injunction Upon Consent, ECF No. 13 (USW Proposed Order); February 28, 2025 Order.

The period covered by the proposed injunction encompasses the date of publication of the final determination, October 17, 2024, through the end of the period of the first administrative review, November 30, 2025.  *See* USW Proposed Order.  The period begins on the date of publication of the final determination because that is when producer/exporter Prinx Chengshan Tire (Thailand) Co. Ltd. (Prinx) was assigned an antidumping duty margin for the first time.

*Truck and Bus Tires from Thailand,* 89 Fed. Reg. 83,637 (Dep't of Commerce Oct. 17, 2024). The date range concludes at the end of the period of the first administrative review because the outcome of this litigation may affect the entries covered by the first period of review (which, if requested, will retroactively cover entries from May 20, 2024 to November 30, 2025); thus, those entries will be protected from liquidation until the end of this pending litigation.[1] This Court has granted such injunctions in prior cases, stating that such forward-looking injunctions in cases concerning antidumping duty investigations preserve the status quo during the pendency of the judicial proceeding and prevent irreparable harm to plaintiffs. *See, e.g., Mid Continent Steel & Wire, Inc. v. United States,* 427 F. Supp. 3d 1375, 1382 (Ct. Int'l Trade Feb. 7, 2020); *Husteel Co. v. United States,* 34 F. Supp. 3d 1355, 1363 (Ct. Int'l Trade Dec. 18, 2014); *IPSCO, Inc. v. United States,* 692 F. Supp. 1368, 1375 (Ct. Int'l Trade 1988). Moreover, unlike in *Ashley Furniture, LLC v. United States,* 569 F. Supp. 3d 1261 (Ct. Int'l Trade 2022), the present injunction has a clear end date, November 30, 2025. *See id.* at 1269. Indeed, the Court in *Ashley Furniture* granted the injunction through the period of the first administrative review, only rejecting the plaintiff's request for an injunction of indeterminate scope. *Id.* at 1268-69; 1273; 1280; 1295-96.

                    Respectfully submitted,

                    YAAKOV M. ROTH
                    Acting Assistant Attorney General

                    PATRICIA M. McCARTHY
                    Director

---

[1] "Generally, the amount of duties to be assessed is determined in a review of the order covering a discrete period of time. If a review is not requested, duties are assessed at the rate established in the completed review covering the most recent prior period or, if no review has been completed, the cash deposit rate applicable at the time merchandise was entered." 19 C.F.R. § 351.212(a).

|  |  |
|---|---|
| | /s/Franklin E. White, Jr. |
| | FRANKLIN E. WHITE, Jr. |
| | Assistant Director |
| | |
| | /s/Sosun Bae |
| OF COUNSEL: | SOSUN BAE |
| | Senior Trial Counsel |
| AYAT MUJAIS | United States Department of Justice |
| Senior Attorney | Civil Division |
| U.S. Department of Commerce | Commercial Litigation Branch |
| Office of the Chief Counsel for | P.O. Box 480 |
| Trade Enforcement & Compliance | Ben Franklin Station |
| Washington, D.C. 20230 | Washington, D.C. 20044 |
| | Tel: (202) 305-7568 |
| | |
| | Fax: (202) 514-8624 |
| | |
| March 3, 2025 | Attorneys for Defendant |

## **CERTIFICATE OF COMPLIANCE**

Pursuant to this Court's February 28, 2025 order, defendant's counsel certifies that this filing complies with the Court's type-volume limitations rules.  According to the word count calculated by the Microsoft Word processing system used to prepare this brief, I certify that this filing contains 471 words, excluding those exempted portions of this brief.

/s/ Sosun Bae
February 7, 2025