## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> PRINX CHENGSHAN TIRE (THAILAND) CO., LTD. and PRINX CHENGSHAN TIRE NORTH AMERICA, INC., <br><br> Defendant-Intervenors. | Before: Gary S. Katzmann, Judge <br> Court No. 25-00004 |

## JUDGMENT

This case having been submitted for decision, and the court, after due deliberation, having rendered an opinion; now, in conformity with that opinion, it is hereby

**ORDERED** that Plaintiff's Motion for Judgment on the Agency is **DENIED**; and it is further

**ORDERED** that judgment be, and hereby is, entered for Defendant the United States.

**SO ORDERED.**

/s/  Gary S. Katzmann
Gary S. Katzmann, Judge

Dated: July 1, 2026
New York, New York