United States Court of International Trade
One Federal Plaza
New York, NY 10278



CHAMBERS OF
Gary S. Katzmann
JUDGE

July 1, 2026

Roger B. Schagrin
Schagrin Associates
900 7th St, N.W., Suite 500
Washington, D.C. 20001

Sosun Bae
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044

Brandon M. Petelin
Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt, LLP
1201 New York Avenue, N.W., Suite 650
Washington, D.C. 20005

Re: **United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO, CLC v. United States**
**Court No.: 25-00004**

Dear Counselors:

It is my intention to issue the opinion in the above-captioned case as a redacted public document. The court has double-bracketed information that has been designated as confidential in the underlying record. To ensure that information that is not—or is no longer—confidential is not redacted and that material that is confidential is properly redacted, I would like you to review the opinion and inform the court by no later than 5:00 p.m. on Monday, July 13, 2026 via ECF, of the following:

1. Whether any information not already in brackets is confidential and should be double-bracketed in the public version; or

Court No.: 25-00004                                                                                      Page 2


2. Whether any information already in brackets is not confidential and should not be double-bracketed in the public version.

If you do believe any additional information should or should not be redacted from the public version, please state the basis for your belief.

Thank you for your assistance.

Sincerely,

*/s/ Gary S. Katzmann*
Gary S. Katzmann
Judge
