**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE:  THE HONORABLE GARY S. KATZMANN, JUDGE**

| | |
|---|---|
| UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, AND CLC, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> v. <br><br> PRINX CHENGSHAN TIRE (THAILAND) CO., LTD. and PRINX CHENGSHAN TIRE NORTH AMERICA, INC., <br><br> Defendant-Intervenors. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )    Court No. 25-00004 |

**DEFENDANT'S RESPONSE TO COURT'S LETTER**

Defendant, the United States, respectfully submits this response to the Court's July 1, 2026 letter, in which the Court asked the parties to inform it as to whether they believe that any additional information in the Court's July 1, 2026 opinion should be redacted in the public version, or whether any bracketed information is not confidential and should not be redacted in the public version.  *See* ECF No. 64.  We have reviewed the opinion and have no suggested alterations to the Court's bracketing, but defer to Prinx Chengshan Tire (Thailand) Co., Ltd. regarding the sensitivity of its own information.

2

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

FRANKLIN E. WHITE, JR.
Assistant Director

OF COUNSEL:

/s/ Sosun Bae
SOSUN BAE
ELLIOTT BREWER                           Senior Trial Counsel
Attorney                                 Commercial Litigation Branch
Office of the Chief Counsel              Civil Division
  for Trade Enforcement & Compliance   Department of Justice
U.S. Department of Commerce              P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-7568
Fax: (202) 307-0972
Email: sosun.bae@usdoj.gov

July 13, 2026                            Attorneys for Defendant

2